# EXHIBIT 1

Case 2:04-cv-00621-SRB    Document 173-1    Filed 03/03/06    Page 2 of 36



Home

About ASPP    Features    Members Only    Join

Who We Are    Find a Pro    Member Links    Chapter Links

# About ASPP



©John T. Fowler

## What we are
The American Society of Picture Professionals (ASPP) is a nationwide organization of professionals who produce, sell, edit, catalog and use photographic imagery - a forum for education, information, dialogue, interaction and professional growth.

## Who we are
ASPP members are photographers, photo researchers, photo editors, stock agents, museum curators, librarians, historians, archivists, designers and writers. They work for major book publishers, national magazines, photo agencies, associations, government agencies, museums, libraries, as well as for themselves as photographers, writers, freelance researchers and consultants. By bringing together people from a broad spectrum of photography related professions, ASPP provides an ideal networking opportunity for all those with an interest in visual communications.

## What we do
ASPP provides an open exchange of information on industry ethics and standards, business practices, and needs created by new technology. We offer a framework for professional networking. We inform and educate those interested in photography and visual communications. We promote a Code of Fair Practice for picture research, usage and handling. And we offer support and knowledge to anyone interested in choosing a career as a picture professional.

## How we're organized
ASPP members come from all regions of the United States and ten foreign countries. We have chapters in DC/South (Washington DC), Midwest (Chicago), New England (Boston), New York, and West (Seattle).

The ASPP national board of officers oversees the organization's activities. Elected for a two-year term, the board consists of a President, Vice-President, Secretary, Treasurer, and Membership Director. Additionally, each of the five regional chapter Presidents serves on the board during their elected term of office.

ASPP is an entirely volunteer organization, with the exception of four, ongoing paid positions: Executive Director, Magazine Editor, Advertising Manager, and Designer. But it is the efforts of our volunteers - members who hold office, organize events, participate in meetings, contribute ideas and share experiences - that form the lifeblood and character of the organization.

What we can do for you Membership in ASPP offers a variety of publications, programs and services designed to keep you up to date on the latest ideas, trends, practices, developments and opportunities in the world of the picture professional.

ASPP Chapter Programs offer members the opportunity to attend panel

CGN 01458

discussions on current issues, presentations on new technology, talks by photographers and other visual communications professionals, and special tours of photography exhibits, museums and corporations.

Our quarterly full color magazine, The Picture Professional, brings you valuable information, news, sources, technology, business practices and advertisements.

Our online Membership Directory, available in its entirety to members only, provides detailed information about members including specialties, job classification and description, company, address, phone numbers, and other pertinent professional information. Online updates are posted monthly.

*eNews* is a monthly electronic newsletter with information about members, is published as on an online magazine on the ASPP website. It provides up-to-the-minute information about members travels, collections, projects, or other news of mutual interest.

Our website, www.aspp.com, offers information about members and the photography business and features a photo gallery, a forum for exchange of ideas and information, a Find-A-Pro section, and links to members' own websites.

Our Job Postings program regularly sends news of job openings in the photography and related fields to members by e-mail. Job postings also appear on the ASPP website. More than 200 job listings have been sent out in the past two years.

How you can join There are five categories of ASPP membership - General, Joint, Senior, Foreign and Student - designed to accommodate members of all affiliations and ages.

General Membership is offered to individuals at $100 per year. It entitles you to free or reduced attendance at at ASPP regional events, and to receive the quarterly magazine, emailed announcements, and online member benefits.

Joint Membership is offered to a partner or spouse at the same mailing address. The primary member pays $100 annually and receives all benefits and services of General Membership. The secondary member pays $50 and receives all General Membership benefits except receipt of annual and quarterly publications.

Senior Membership is offered to members age 65 and older at $75 per year. It includes all benefits and services of General Membership.

Foreign Membership is offered to members outside the United States at $110 and includes all benefits of General Membership. Foreign members age 65 and older pay $85 per year.

Student Membership is offered to individuals currently enrolled as students in any college or university. Must be enrolled as a full time student in an accredited photography program. Must also serve 10 hours (minimum) to 25 hours (maximum) volunteer internship with a regional chapter, ASPP Education Committee, or ASPP member.Â  All rights and privileges of

CGN 01459

Case 2:04-cv-00621-SRB     Document 173-1     Filed 03/03/06     Page 4 of 36

General Membership, as described above, including access to MemberÂ¹s Only portion of website. No receipt of quarterly publications.

To become a member of ASPP, you must have four years experience as a picture professional or receive the recommendation of two ASPP members in good standing. To apply for membership you can print an application form in PDF by clicking on the link below, or request one by mail or fax by calling 703-299-0219.

> **Click here to print out
> our membership application form.**

### How your company can get involved

ASPP has been fortunate that many major U.S. corporations involved in photography and the visual communications industry have chosen to become Corporate Sponsors of ASPP activities. National and chapter events, education programs, and web site and publications development are examples of areas where funding has and can make a difference. These venues provide excellent marketing opportunities and visibility for corporate sponsors. Discounts on advertising in ASPP publications are also available through this program.

### How to get further information

For further information on all of the above described services and membership opportunities, please contact our Executive Director, Cathy D-P Sachs, at:
The American Society of Picture Professionals
117 S. Saint Asaph Street
Alexandria, VA 22314
Tel: 703-299-0219
Fax: 703-299-0219
Email: cathy@aspp.com

**Back to Top**

### 2006-2007 National Officers

| | |
|---|---|
| **President** | Eileen Flanagan |
| **Vice President** | Linda Paterson Eger |
| **Membership** | Christie Silver |
| **Treasurer** | Holly Marshall |
| **Secretary** | Mark Skalny |

### Regional Chapter Presidents

| | |
|---|---|
| **DC/South** | Alexa Keefe, Co-President<br>Maura Walsh, Co-President |
| **Midwest** | George Sinclair, Co-President<br>Laurie ShoulterKarall, Co-President |
| **New England** | Patricia Bruno, President |
| | Susan Jones, Co-President |

CGN 01460

| | |
|---|---|
| **New York** | Ilene Bellovin, Co-President |
| **West** | Tom Wear, Co-President<br>Debra Lemonds, Co-President |

### Committees/Staff

| | |
|---|---|
| **Past President** | Louis Plummer |
| **Legal Chair** | Jane Kinne |
| **Executive Director** | Cathy D-P Sachs |
| **Education Committee Chair** | Jain Lemos |
| **Web Editor** | Kenneth Liao |
| **Communications** | John Loggins |

### The Picture Professional:

| | |
|---|---|
| **Editor** | Niki Barrie |
| **Designer** | Joe Sutliff |
| **Advertising Manager** | Greg Ogden |

### Past Presidents, from 1976 forward:

Ron Buehl
Bob Woodward
Jimmy Fox
Ann Novotny
Wesley Day
Alice Lundoff
MoccasinRita Logabucco
Ted Feder
Raimondo Borea
Peggy Buckwalker
Ben Michalski
Margaret Mathews-Berenson
Roberta Groves
Grace Evans
Jane Kinne
Townsend Dickinson
Jack Weiser
Larry Levin
Susan Soroko
Richard Pasley
Danita Delimont
Louis Plummer

**Back to Top**

©2005 ASPP. All images are copyrighted by the credited contributors. No reproduction or copying in any way is permitted without express written permission of the contributor.

CGN 01461

# EXHIBIT 2

Case 2:04-cv-00621-SRB    Document 173-1    Filed 03/03/06    Page 7 of 36



Home    About ASPP    Features    Members Only    Join

Gallery    Online Magazine    Latent Images    Book Reviews    Resources

The Picture Professional

**Stock Photography Basics: A How-To Guide For Stock Photography**

**by Seth Resnick**

*Definition of Stock Photography*

Stock photographs are comprises of existing photography available to buyers for their specific needs. The photographs become a commodity available through either an individual photographer or through a stock agency. Under most circumstances the images are actually not sold but are leased with a licensing agreement.

*Where is stock photography applicable?*

Today stock photography is applicable in every conceivable market which utilizes photography. It is routinely used in advertising, editorial, brochures, multimedia, catalogs, annual reports, record albums, television commercials, posters, calenders, greeting cards, credit cards, AV shows, and most recently it is widely used on the World Wide Web. The market for stock photography is expanding at a rapid pace with new uses every day.

*How is stock photography produced?*

Stock photographs are produced in two basic ways. Photographers retain rights to the images they produce on assignment for clients and turn those images into stock photography or they actually fund elaborate productions to generate images specifically for stock.

*What are the basic benefits of stock photography?*

WYSIWYG or what you see is what you get. In traditional assignment photography a photographer is hired to illustrate an idea or capture some event. There is a creative fee to pay which can be in the thousands per day and there are expenses including: travel, assistants, film & processing, talent, stylists etc. The cost can be downright prohibitive and there are NO GUARANTEES. Stock photography offers the guarantee. The user can see the an image without paying for the cost of the whole shoot.

The other big benefit of stock photography is the ability to for an end user to see images fast and in some cases immediately. For todays fast paced society many times there is simply no time to wait for a particular image to be photographed and stock offers that solution.

For the photographer the benefits of stock photography are enormous. Over time many images will generate far more income than did the actual assignment. Many images have a long lifetime and will generate income for years to come. A decent collection can not only double a photographers annual income but can also continue to generate income even after he or she is retired.

*What are the pitfalls of stock photography?*

CGN 01462

Case 2:04-cv-00621-SRB    Document 173-1    Filed 03/03/06    Page 8 of 36

For the client the biggest pitfall to stock photography is that the images may not be exclusive to them and in fact may very well have been published many times before. It is possible to buy stock images with exclusivity but the cost will be far greater and may or may not be available for a specific image.

For the photographer the are several issues which become pitfalls with regard to stock photography. If the photographer sells through an agency it usually takes months after a sale before the photographer gets paid. There is also the basic fact that most agencies take 50% on a stock photography sale and more if the image is sold overseas through a sub agent. There is a great deal of time spent getting images ready for sale including captioning, categorizing , key wording etc. If the photographer produces images specifically for stock there are no guarantees the images will ever be sold and it might take years just to receive enough income to cover your expenses.

*Where can stock photography be found?*

As new buyers continue to discover the benefits of stock photography, the sources for stock continue to multiply. Traditionally, stock photography has been available from an assortment of large agencies. Today stock photography is available from many sources including CD Rom both in the form of Clip art and licensed images, direct from photographers, source books and stock catalogs, and from the internet.

**STOCK PHOTOGRAPHY** - **STEPS**- **ISSUES**-**STANDARDS FOR BUYER & SELLER REGARDING TRADITIONAL STOCK PHOTOGRAPHY**

1. The first step is the request for images. This is accomplished via phone call or fax or E-mail .In addition publishers will routinely provide want lists and there are subscription services, which for a monthly fee will supply want lists via fax or computer.

If you are the person requesting the images it is vital to be as specific as possible. In addition to specific information about the photographs you are requesting ,you should also supply the researcher with specific stats regarding the image use. Both parties should discuss use fees, research fees if applicable, method of delivery, the time needed to hold the photographs, liability for loss & or damage. Our office will routinely fax a sample delivery memo to new clients for them to sign, prior to sending out images. Remember that proper paper work and discussion of terms and conditions ahead protects both parties and eliminates problems in the future.

2. After the request a researcher or photographer must locate, caption and prepare the images for delivery. Many people charge a research fee which commonly ranges from $50.00 to $100.00 which helps to cover the costs associated with time intensive tasks. Some agencies and photographers waive the research fee if the images are used, while others do not apply to usage and some do not charge any research fee. If you request images make sure you check out the suppliers research fee policy and if you are selling images make sure you indicate that you do charge a research fee in advance.

3. Delivery of the images. You are most likely going to receive original images. Although the exact value of photographic images is a topic which constantly surfaces and resurfaces in the courts it is safe for both parties to assume that the images are for all practical purposes worth $1500.00 each or the stipulated value on the delivery memo. With this in mind images should be sent via a courier service which can track the package at any given time. Some agencies and photographers will actually list the courier service that the images must be returned with on the delivery memo. The delivery memo will list vital information about the images and their use. Make sure you read the delivery memo and understand the terms

CGN 01463

Case 2:04-cv-00621-SRB    Document 173-1    Filed 03/03/06    Page 9 of 36

and conditions. At the very least make sure that the count on the images you receive matches the count listed on the delivery memo. If the count is different it is important to notify the sender immediately that there is a discrepancy. The delivery memo will also routinely list the intended use of the images the fee for use and the date that the images are due back to the agency or photographer.

4. Use of the images. If an image is going to be used it is vital to notify the agency and or photographer prior to final use. Most delivery memos will state that no rights of any kind are granted until payment is received in full. Further if the intended use is slightly different either in size or placement than that listed on the delivery memo you will want to have the power of negotiation with the photographer and or the agency. If the image is used and than the agency or photographer is notified the user may find that the amount the photographer or agency is charging is way beyond there means, yet they will have no choice but to pay the bill or they risk the consequences of intentional violation of the copyright statue.

5. Returning the images. Typically all images are due back within 21 days. Many agencies and photographers charge holding fees if the images are held longer than 21 days. If as the client you need to hold the images longer than the stipulated time on the delivery memo than it is pertinent to notify and discuss the situation with the agency or photographer.

*Seth Resnick is a freelance photographer based in Boston, Massachussetts.*

www.sethresnick.com

**top**

● **Code of Fair Practices**

©2002 ASPP. All images are copyrighted by the credited contributors. No reproduction or copying in any way is permitted without express written permission of the contributor.

CGN 01464

# EXHIBIT 3

REVISED EDITION

# PRICING PHOTOGRAPHY

## The Complete Guide to Assignment and Stock Prices

by

**Michal Heron**
**David MacTavish**

 ALLWORTH PRESS, NEW YORK

| Dedication: To Our Families |
| --- |

**Acknowledgments:**
The Authors wish to express their appreciation to the many photographers and photo agents who generously assisted in the preparation of this book by reviewing portions of the manuscript, including: Nancy Brown, J.W. Burkey, James Cook, Jane Kinne, Maria Piscopo, Jain & Roger Ressmeyer, William & Cynthia Rivelli, Al & Joy Satterwhite, Shel Secunda, Emily Vickers, Steve Umland, and to our publisher, Tad Crawford, for his unwavering support.

**© 1997, 1993 by Michal Heron and David MacTavish**

All rights reserved. Copyright under Berne Copyright Convention, Universal Copyright Convention, and Pan American Copyright Convention. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form, or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior permission of the publisher.

Published by Allworth Press, an imprint of Allworth Communications, Inc., 10 East 23rd Street, New York, NY 10010

Book design by Douglas Design Associates, New York

ISBN: 1-880559-68-4

Library of Congress Catalog Card Number: 96-79668

Printed In Canada

**Chapter 11**

# Buyer's Guide

There are no secrets in this book. The information and advice presented to photographers is either common sense or established industry practice. And, if you have skimmed this book you know that most of the advice, with a slight turn of angle, is also applicable to you as a buyer of photography. Your goal is virtually the same as that of the photographer, a good photograph that suits your purpose, on time and at a fair price. The purpose of this chapter is to highlight the ways you can help make that happen.

## Buying Photography

In the hands of a creative person buying photography is an art in itself. Matching the right photographer to a project or knowing the best source for a particular style of stock photography results in the brilliant ad campaigns or stunning magazine articles that dazzle us all. It's how reputations are made. The pedestrian way of merely finding a picture, any picture, at the lowest price, usually ends up as a waste of money. A mundane approach brings a mundane result.

Photography is bought by almost everyone from a top art director, photo editor, or art buyer to the greenest assistant or, sometimes, even a secretary.

If you're new to the business, you may not be aware that the term "buying" photography is not accurate but merely the colloquial term used in the industry. Rather than buying photographs, you are actually obtaining a license or grant of use, which allows you to use a specific photograph in a stipulated way. There's more on this in chapter 1, throughout the book and in the discussion of rights later in this chapter.

## Having the Information

Be armed before starting out, not to vanquish, but to get the most from your photographer. Know what you want and why.

Have courage. If you are down the line of command and don't have access to all the information about a photography project, insist that your bosses take the time to clarify their needs. (After all, mind reading wasn't on your job description.) Let them know that you can get them what they want, only if you know what they want. Ask them the same questions that a photographer or stock agent will ask you. Posing these questions helps make sure that the creative person requesting the photograph has made their internal vision clear to you. When they understand why you need the information your questions will seem helpful rather than pestering. The art director who doesn't have time to clarify for you now, may spend double the time in extra research later on. And, if you're the one intitiating the photo search, the same clarity is essential.

The more you involve the stock agent or photographer in a photo request the better the results will be. They're human, and they're professionals, like you. They enjoy a challenge and they can do much more than merely process pictures. The more information you share with your source, the more creative their suggestions will be.

If they, and you, don't understand the purpose of the photo you won't be able to find the very best picture for the purpose. Listen to this scenario:

Ad agency Art Director to their Photo Researcher:

"Get me a dynamite shot of the Grand Canyon."

Photo Researcher to Stock Agent:

"I need a dynamite shot of the Grand Canyon."

Stock Agent to Photo Researcher:

"Happy to help. What is your concept? What exactly about the Grand Canyon are you trying to show?"

Photo Researcher to Stock Agent:

"Well, that doesn't matter. We just need a great shot. But you know, it's odd that I haven't been able to find the right thing with all the pictures of the Grand Canyon around. I just can't seem to please my art director.... I'm in a bind. Find me something wonderful."

Stock Agent:

"I'd like to, but I really need to know what you are trying to say with it. Is it to show the grandeur of nature? The romance of travel? What does the copy say?"

Photo Researcher:

"Well, actually it's for an investment firm ad to go with a headline "Don't throw your money into a hole in the ground." And the Grand Canyon is the biggest hole there is, right?"

Stock Agent:

"Ahaa, that helps. Let me look some more. It actually wouldn't have to be the Grand Canyon if it looks like a big hole, right?"

The final photo used was a dramatic angle in Bryce Canyon. Case closed.

In addition to the specifics, know your priorities for a photograph. It's easy to say the photo has to be brilliant, unique, fresh, exclusive, and cheap. But pie in the sky isn't a category so easily filled. Have a realistic view of your priorities before making a photo request or discussing an assignment. Which element is of paramount importance: the graphic impact of the photograph, the emotional content of the photograph, the schedule, the budget, the style, the freshness of the image?

If you bring in the wrong photo you'll find out fast enough what the art director's priorities were.

Be as clear as possible. Give a photographer or stock agent as much information as you have. Holding back seldom pays, and it could waste your time or cost you more later on. Some people hold the misguided notion that you will be taken advantage of if you divulge information. By sharing information you'll get not only better results from a photographer but probably also get some extra ideas in the bargain.

## Stock or Assignment—Choosing What's Best for You

Circumstances may dictate which route you'll take when looking for photography. If you need a still life including the logo of your client's product, or an executive portrait in front of a newly constructed facility or a picture story on the newest New Age guru, then you'll have to assign the photography. When you need a photograph on a short deadline, or want a generic summer scene in the depths of winter, or have a committee of twelve who must sign off on the picture approval, or want to see a wide variety of creative approaches, then stock is probably the answer.

The choice between assignment and stock is not always clear cut and you'll need to weigh many factors, such as:

**Risk:** with stock there is none. You have it in hand. You get what you see. But an assignment has risk. There can be transportation delays, models who don't perform well, technical mishaps; almost anything can go wrong. Good photographers, however, know how to minimize those risks.

## What You Need to Know Before Looking for Photography

**Purpose of photo:** Should it explain, illuminate, decorate, evoke mood, grab attention, serve as background...

**Content of photo:** your concept

**Content of photo:** literal subject matter—suggest the content to illustrate your concept but leave room for other ideas from photographer or stock agent.

**Headline:** tag line, copy, or caption

**Shape:** horizontal, vertical, square, silhouette

**Film:** Color or B&W

**Film Format:** 35mm, 2 1/4, 4x5 (consult with photographer)

**Layout or sketch:** is one available?

**Importance of these elements to you:** style, originality, exclusivity

**Market:** Define your target audience (MTV generation, Boomers, Seniors?)

**Market:** Are you trying to emulate or be distinguished from your competitors?

**Risk:** the amount you want to take

**Release needs for property or models:** is it a sensitive issue; are they necessary for an ad or product endorsement?

**Schedule:** time available, deadline

**Usage/media type:** ad, brochure, magazine, book, billboard

**Usage/position:** back cover, front cover, interior

**Size** (how big): full page, 1/4 page

**Insertions** (how many times): 6, 10?

**Duration** (for how long): 2 years, 4?

**Cost of media buy:** space rate total or dollar amount

**Budget range:**

**Expectations:** Will all of the above achieve your goal?

What do you really want from this photograph?

All of this information, clearly articulated, will help you and the photographer or photo agent come up with the best photographic solution for you.

---

**Approval**: with stock, everyone knows in advance what the picture looks like, how well it works with the concept and in the layout. An assignment photo can be a pig in a poke. It may not come up to your imagined expectations or it may far exceed expectations when in the hands of a fine photographer.

**Schedule:** with stock, once you've found it, you've got it. There are no hold-ups. An assignment handled by a skilled professional will be done on time, but there are sometimes delays, like weather, beyond anyone's control. They should be factored into any assignment schedule.

**Concept:** when you are developing an idea you can benefit equally from working with an imaginative assignment photographer or a creative stock agent.

**Freshness:** an assignment will guarantee you a photograph that has never been published before, one that is unique to your project, tailor-made for your use. On an assignment you can take advantage of an exciting creative collaboration with the photographer or be the beneficiary of the magical unpredictability that can happen on a shoot, when things work even better than anyone imagined. That's the upside of risk.

**Style:** when style is a critical element, art buyers, in general, will search to find an assignment photographer with the right look or graphic approach for the project, then have that photographer craft the concept or subject matter using his or her unique vision. These days you can find a remarkable variety of up-to-date photographic styles in a stock agency. Though for truly fresh work an assignment, with all its risks, should be a strong consideration.

**Market:** the audience for your photograph may determine whether you choose stock or assignment for the style you need. If the target audience is the MTV generation you may choose an assignment photographer with a leading edge or experimental style, something that has not yet shown up in a stock agency. However, if your audience is the general public, there may be a wide variety of excellent imagery already available in stock.

**Exclusivity:** some, but not all, stock agencies have the sophisticated equipment to monitor usage and guarantee exclusivity. Be cautious. If exclusivity is essential, either you will be limited in your choice of agency or may need to assign the photography.

**Releases:** when setting up an assignment you can specify the release protection you need and make sure the photographer also turns in copies of the appropriate release for each person or any recognizable property in a photograph. Not all stock photos are released. Any reputable stock agency can tell you if a release is on file for a given photograph. They can also advise when a release is needed. Be sure to ask for a copy of a release, particularly if you intend to use a photograph in a sensitive context, such as tobacco or alcohol ads, or with implications of health problems or criminal activity, for example. However, a release will not necessarily protect you if there is a derogatory or defamatory use. For example, use of a released

photo of a courtroom scene may or may not be advisable with a magazine article about medical malpractice. It can depend on the implications in the article, the relationship to the photograph, and the wording of the caption. Know the law regarding releases and libel (see the Bibliography).

### Buying Assignment Photography

You can increase the likelihood of success on an assignment in dramatic ways if you work with your photographer in a spirit of partnership.

What may sound strange, at first, is that most professional photographers want you, their client, to get a very good deal just as much and perhaps more than they want it for themselves.

The keystone in a creative collaboration is the satisfaction the photographer gets from solving your joint needs, aesthetic and logistical. Carrying off a creative coup is fun. It feels good to do a good job. It feels even better when the person you're doing it for knows it and appreciates the effort.

### How to get the best deal in assignments

Deals usually mean money. Considering money alone is shortsighted; there are many valuable, intangible extras that add to a "deal." A professional must be measured by what they deliver, not what they cost.

It costs more to patch up a botched job than to do it right the first time.

Time for a war story. A photographer, while courting a new client, learned that they had been getting a great "deal" for several years from another photographer. His work was good and the fee for all rights was really low but.... The photographer leaned forward, listening intently. They said there was only one problem, nothing was organized. Models didn't get paid, releases didn't match the photos, and worst of all, he was late.

**139**

**Style:** when style is a critical element, art buyers, in general, will search to find an assignment photographer with the right look or graphic approach for the project, then have that photographer craft the concept or subject matter using his or her unique vision. These days you can find a remarkable variety of up-to-date photographic styles in a stock agency. Though for truly fresh work an assignment, with all its risks, should be a strong consideration.

**Market:** the audience for your photograph may determine whether you choose stock or assignment for the style you need. If the target audience is the MTV generation you may choose an assignment photographer with a leading edge or experimental style, something that has not yet shown up in a stock agency. However, if your audience is the general public, there may be a wide variety of excellent imagery already available in stock.

**Exclusivity:** some, but not all, stock agencies have the sophisticated equipment to monitor usage and guarantee exclusivity. Be cautious. If exclusivity is essential, either you will be limited in your choice of agency or may need to assign the photography.

**Releases:** when setting up an assignment you can specify the release protection you need and make sure the photographer also turns in copies of the appropriate release for each person or any recognizable property in a photograph. Not all stock photos are released. Any reputable stock agency can tell you if a release is on file for a given photograph. They can also advise when a release is needed. Be sure to ask for a copy of a release, particularly if you intend to use a photograph in a sensitive context, such as tobacco or alcohol ads, or with implications of health problems or criminal activity, for example. However, a release will not necessarily protect you if there is a derogatory or defamatory use. For example, use of a released

photo of a courtroom scene may or may not be advisable with a magazine article about medical malpractice. It can depend on the implications in the article, the relationship to the photograph, and the wording of the caption. Know the law regarding releases and libel (see the Bibliography).

### Buying Assignment Photography

You can increase the likelihood of success on an assignment in dramatic ways if you work with your photographer in a spirit of partnership.

What may sound strange, at first, is that most professional photographers want you, their client, to get a very good deal just as much and perhaps more than they want it for themselves.

The keystone in a creative collaboration is the satisfaction the photographer gets from solving your joint needs, aesthetic and logistical. Carrying off a creative coup is fun. It feels good to do a good job. It feels even better when the person you're doing it for knows it and appreciates the effort.

### How to get the best deal in assignments

Deals usually mean money. Considering money alone is shortsighted; there are many valuable, intangible extras that add to a "deal." A professional must be measured by what they deliver, not what they cost.

It costs more to patch up a botched job than to do it right the first time.

Time for a war story. A photographer, while courting a new client, learned that they had been getting a great "deal" for several years from another photographer. His work was good and the fee for all rights was really low but.... The photographer leaned forward, listening intently. They said there was only one problem, nothing was organized. Models didn't get paid, releases didn't match the photos, and worst of all, he was late.

When she heard the astoundingly low fee their favored photographer had been charging, our colleague ventured an explanation that one of two possibilities was likely: either the photographer was a terrible businessman and just didn't realize that he wasn't charging enough money to allow for a professional job, or he was shrewd, but unethical, in accepting a fee he knew to be deficient, then knowingly letting slip the aspects he couldn't afford to handle. She got the next assignment from these folks, with the fee at a professional level.

### When you have a tight budget

To get a good financial deal, be clear and be fair. Explain what you need, what your limits are. On the occasions when you really have a tight budget (not the common garden variety "get it as cheap as you can" tight budget), one with true limitations, let the photographer help you formulate the budget and design the shoot to get the most for the money you have. By suggesting where and how to spend they can help make the most of a lean budget. A photo buyer may actually waste money, or worse, undermine the entire project by unilaterally slashing in the wrong places. Enlist the photographer's expertise. For example, the photographer may advise you that cutting out a stylist won't save enough to be worth the loss of quality, but that an extra set construction expense could be avoided by shooting from a different angle.

### Getting the most for your money

Give support and appreciation. A photographer will walk across hot coals (if that should be of use to you) for a client who is constructive in criticism, unstinting in praise, and has a good sense of humor!

Professional photographers will give you an honorable job for the fee you pay, but often you can get much more than your money's worth from a photographer by treating them fairly and involving them in the process.

**140**

The extras a photographer can give are sometimes simply an intangible pushing of the limits. A more concrete instance is when they continue to work past the limits of the assignment. Consider the tired photographer heading to the airport, the morning after a grueling two-day corporate shoot, who looks back and sees spectacular light on the facility and the wetlands nearby, stops, gets some terrific shots, and has to hustle to make the plane. Technically the photos are not part of the assignment, but our well-treated photographer includes them in the edit. The wetlands pictures are a bonus to the corporation, and the result of having a fair and open relationship with the photographer.

In a few cases, photographers have found it a double-edged sword to offer something extra. They have had clients tell them not to waste film on a subject they didn't request. That certainly appears to be a squashing of creative initiative, but if you don't want anything beyond the limits of the assignment, make that clear to your photographer in the beginning.

On the other side of the coin, if you have a photographer who is giving more than full measure, be careful. Don't drive them to the point of exhaustion. Over using their good will and obsessive dedication to work can lead to a point of diminishing return.

### How do I protect my investment?

Some buyers attempt to buy all rights to an assignment, or many more rights than they need, out of fear that photos from their assignment will show up in a competitor's materials. That's easy to avoid by working with the photographer to develop protective restrictions and time limits, perhaps like paying for exclusive usage for an appropriate time period. It shouldn't come as a shock to you to know that photographers want your assignment to be protected as much as you do.

•  •  •  •

By investing in an assignment instead of using available stock you are making the opportunity for them to create new work. Being a professional means more than talent and skill, it means ethical and honorable dealings as well. Protecting your assignment is not only the hallmark of a professional, it's enlightened self-interest. Professionals certainly don't want to jeopardize the faith you have in the assignment process or in them. It's also why professionals must insist on a sufficient fee to cover all the extra protection that you have a right to expect.

### What do I get for my money?

Or, "If I pay for it why don't I own everything?"

On an assignment you get whatever rights, time limits, and protective restrictions you have negotiated with the photographer.

It's dangerous to make assumptions, on either side, about what rights are being granted or obtained. You and the photographer must have a clear agreement and it should be in writing.

"But still, if I pay for it why don't I own it?"

Just because you paid for someone's time doesn't necessarily mean you own them. When you rent a car you don't expect to own it. So, too, with a photograph, which is comprised of a bundle of rights, you are granted the ones you need, for as long as you need them.

"But I pay all the expenses."

Yes, and you get extra benefits for that investment which include first use, time limit exclusivity, and protection from competition, benefits that may not come with stock.

### Buying Stock Photography

Buying rights to stock photography can be relatively straightforward when you work with the many reputable stock agencies and stock photographers. But there are ways to increase the efficacy of your stock buying, and there are pitfalls to be avoided.

For this discussion, references to stock "sources" will be assumed to include photographers selling stock as well as stock agencies. Though sometimes on a different scale, individual photographers offer the same services and bear many of the same costs as a stock agency, so the comments in this chapter apply equally to both.

### How to get the best deal in stock

Although it may not seem to be necessary to say, establish a good working relationship with your stock sources. Treat them, the photographs, and the service they offer with respect and you'll reap great rewards. You can build good will with an agency if you:

Don't shop just for the sake of it. Be serious about your requests. Though you may pay a research fee for the privilege of viewing a selection, this fee is a token and covers only a very small portion of the cost of providing a stock submission. An agency would much prefer to have the photographs on file, available for a serious client, in place of any research fee. If you have no choice but to search for ideas, say so, be straight about it. Let them know you're not sure what you need. They'll help.

Don't set unrealistic or unnecessarily tight deadlines. We all know what happens when wolf is cried too often.

Don't hold photographs longer than needed, or without notifying the source. An agency doesn't like to charge holding fees. It's another symbolic fee but doesn't touch the cost of not having the pictures available for sale. What's not in the file can't be sold. So return immediately what you don't need. Speedy first returns will endear you to a stock source and ensure great service the next time you have an emergency.

Give preference to the sources that are most responsive. A stock agent doesn't assume that they are your only source, but in the event that you have a favorite source or two (whether photographer or agency), let them know when you are giving them a first crack at your request.

**141**

As with assignments, good deals in stock don't always mean money. Good service can be more valuable than a low reproduction fee when you're in a tight spot and the agent you've built a relationship with comes through for you.

### Getting the most for your money in stock

You are getting the best bargain in the business even if you pay the top fee currently charged by a source. That's because stock reproduction fees, as well as assignment fees, have lagged way behind the dramatic increases in photography costs over the past fifteen to twenty years. Fees have barely changed for over a decade while costs to produce photography have soared. Stock already gives you risk-free photography at an excellent price.

OK, fine, but now how can I save money? One way is to negotiate at the outset all the uses you envision over a period of time. An agency is usually more inclined to give a discount when you buy a package of rights.

That brings us to the sticky subject of volume discounts. It makes sense that a source will offer a break when you use many photographs from their collection.

For an agency, discounts can be problematic. They want to give some benefit to a client who buys a lot, but can't do it at the expense of the individual photographers who may only have one photo included in a deal. They must provide their contributing photographers sufficient income to allow reinvestment in new work or else the flow of quality photography you demand will dry up.

### What do I get for my money?

You get an extraordinary selection of excellent images by the world's leading photographers, immediately. Often overnight you'll have top quality photographs on your lightbox, ready for review.

In order to offer the immediate service you need on a deadline, stock agencies and stock photographers must maintain sophisticated and expensive computer tracking systems. They keep records on exclusivity, model release files, and caption information.

With some agencies you can negotiate exclusivity on specific photographs for an extra fee.

### Should I pay full fee to an individual photographer?

After all, they only get half from their agency anyway.

When you pay a stock fee it covers your usage whether for a magazine article, a point of purchase ad, or a greeting card. Your usage is no different when you get the photograph from an individual photographer. It serves your purpose or it doesn't, regardless of source.

You are also getting backup services from the source providing those images. It must not be assumed that a photographer can afford to charge less since they are providing not only the same usage rights but also most of the same service an agency would for the image you need. Individual stock photographers have overhead and service costs to maintain filing systems, process your submissions, and cover promotion and advertising in source books and catalogs, to name a few. Many have also invested in top-end computer systems with imaging capabilities.

To compete with a stock agency for your business, today's individual stock photographers must offer a level of quality and service that is very expensive and requires full fees to maintain.

### Copyright

As you saw in chapter 1, copyright is the right to control all uses of the image. Congress, through the Federal Copyright Law, gave (independent, nonemployee) creators the control of the tangible results of their efforts, whether commissioned by a client or done on their own time. The nonemployee photographer owns the copyright from the moment the shutter clicks, and that copyright remains with the

# EXHIBIT 4

CCN 01140

# COOGAN PHOTOGRAPHIC

3709 E. Harvard St.    Phoenix, AZ 85008    602.220.9192

Zsuzsanna Laszlo
Upside Magazine
731 Market Street, 2nd Floor
San Francisco, CA 94103
415.489.4405

> **Invoice #2001-1148**
> April 17, 2001

RE:  Roy Vallee, Avnet.

---

SERVICES RENDERED:  4/12/2001

Environmental portrait of Roy Vallee, CEO, Avnet for the July 2001 issue of Upside.
Location: Avnet, 2211 S 47th St., Phoenix, AZ 85034.  480.643.7771

| | |
|---|---:|
| Editorial photography fee: | 800.00 |
| Film, Polaroid, processing: | 200.00 |
| Assistants: | 150.00 |
| Mileage: 95 miles @ .45¢/mile | 42.75 |
| **Total Due** | **$1,192.75** |

SSN #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
PAID     -    -     CK#

### TERMS AND CONDITIONS

1. **Usage Rights:**  Photographs are for one-time editorial publication rights only in *Upside,* North American issue of the magazine only.  No Electronic rights granted. No Reprint rights granted. **These rights may not be transferred by the client to a third party. Client may not reprint or sell the Images to anyone.**
2. Copyright for all photographs is retained by the photographer and all rights are reserved.
3. **Photo credit: © 2001 DanCoogan.com**  must accompany each use or invoice amount will be tripled.
4. *Upside* will supply the photographer with (2) copies of all published material within (30) days after first publication.
5. All transparencies are to be returned within (30) days after first publication via bonded courier.

www.CooganPhoto.com    &    www.DanCoogan.com

CGN 01141

**A copyright protection credit must appear adjacent to the images or the fee is tripled.**
**© 2001 DanCoogan.com, All Rights Reserved**

## TERMS AND CONDITIONS

**A. Definitions**: "Photographer" refers to Dan Coogan. "Client" refers to the commissioning party or company named above, its representatives, successors, assigns, agents and affiliates.

**B. Payment:** FULL PAYMENT MUST BE RECEIVED BY PHOTOGRAPHER PRIOR TO PUBLICATION.  ANY USE PRIOR TO PAYMENT SHALL BE CONSIDERED AN UNAUTHORIZED USE.
Client agrees that reasonable and stipulated amount which shall be paid by Client to photographer for use prior to receipt of payment by Photographer shall be three (3) times Photographer's customary fee for such usage.

**C. Grant of Rights:**  Grant of reproduction rights hereunder is conditioned upon Client's written acceptance of each term set forth in this agreement, including but not limited to, receipt of payment in full by Photographer and placing of the required copyright notice on each use of Photographer's work.  All rights not expressly licensed to Client in writing remain the exclusive property of Photographer.  Unless otherwise stated above, duration of license is six times the periodicity of the publication or ninety (90) days which ever comes first.

**D. Space Rates:**  All usage is quoted as a minimum against space.  Any additional space rate will be billed as such upon publication.

**E. Photographic Direction/judgment**:  The Client shall be responsible for sending a qualified and authorized representative to the session.  If no representative is present, the Magazine/agency must accept the Photographer's judgment as to the execution of the photograph and other related decisions.

**F. Return of Photographs, Destruction of Digital files & Return of Media:**  Client assumes all risk for all photographic material supplied by Photographer from time of receipt by Client to time of actual receipt of photographs by Photographer.   Client agrees to return all such material in undamaged, unaltered and unretouched condition within thirty (30) days of receipt, or if a License is granted, within three (3) months of receipt by client or by first publication date, whichever is sooner, or such other period as is stated in writing herein. Client agrees to destroy all digital files within one week of reproduction.  If the files were sent on digital media, all such material must be returned in undamaged condition within thirty (30) days of receipt.

**G. Film and Digital Media Holding Fees:**  A holding fee of five dollars & fifty cents ($5.50) per item per day shall be payable from the return date until time of receipt by Photographer unless otherwise indicated.

**H. Copyright Protection/Credit Line:**  For Editorial use, credit line in the form Copyright "© 2001 DanCoogan.com" in type no smaller than that of related text must appear adjacent to or within the photograph(s) or fee is tripled; Client acknowledges that such a triple fee is fair and reasonable for photographer's loss of recognition and lack of copyright protection resulting from lack of, or improper, copyright notice/credit line.

   **WEB Credit:  If image is used on the clients web site, credit credit line in the form Copyright "© 2001 DanCoogan.com" will act as a live link to http://www.DanCoogan.com.**

**I. Indemnity:**  Client hereby indemnifies and holds Photographer harmless against any and all liabilities, claims, and expenses, including reasonable attorney's fees, arising from Client's use of Photographer's work. Client assumes insurer's liability (a) to indemnify Photographer for all loss, damage, or misuse of any photographs: and (b) to return all photographs prepaid, fully insured, undamaged, by bonded messenger or overnight delivery service.

**J. Loss or Damage:**  The parties acknowledge that it is difficult if not impossible to determine the exact value of each photograph subject to this agreement because of the duration of copyright protection and its present and potential value. Therefore, the parties have agreed that the reasonable value for loss or damage of each photograph is a sum no less than the amount indicated on the first page of this agreement.  Client further acknowledges that its acceptance of this liquidated damage amount is a material consideration for photographer agreeing to deliver to Client the photographs subject to this agreement.  In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and that Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00. Photographer shall be entitled to recover the greater of Photographer's actual damages, or statutory damages in a sum not to exceed $20,000.00, in cases of non-willful infringement. In each instance, Photographer shall be entitled to recover reasonable attorneys' fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages.

**K. Alterations:**  Client will not make or permit any alterations, additions, or subtractions in respect of the photographs, including without limitation any digitalization or synthesizing of the photographs, alone or with any other material, by use of computer or other electronic means or any other method or means now or hereafter known.

**L. Default:**  In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms of this agreement, including Photographer's reasonable attorney's fees.

**M. Releases:**  Photographer is not responsible for obtaining model, property, or other releases in connection with any of the photographs licensed herein unless specifically stated herein.

**N. Copies:**  Client shall provide to Photographer five (5) copies of each use of the photographs no later than the date of first publication.

**O. Miscellaneous:**  Client may not assign or transfer this license.  No alterations may be made in any of these provisions without the express written consent of the Photographer.

**P. Reshoots:**  Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Photographer will charge no additional fee and Client will pay all expenses. If Photographer charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expense covered by insurance.  A list of exclusions from such insurance will be provided on request.

**Q. Cancellations:**  Cancellations and postponements: Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Photographer's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee. Weather postponements: Unless otherwise agreed, Client will be charged100% fee if postponement is due to weather conditions on location and 50% fee if postponement occurs before departure to location.

**R. Governing Law:**  This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence, in the State of Arizona, and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of Arizona and for all purposes shall be interpreted in its entirety in accordance with these laws.  Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of Arizona or the United States District Court for the District of the State of Arizona.  Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience.  In the event of any award or judgement in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses, and legal interest on such award, judgement, or settlement.

**FULL PAYMENT DUE WITHIN TWENTY ONE (21) DAYS or PRIOR TO PUBLICATION WHICH EVER OCCURS FIRST.**

**Make check payable to:**

**COOGAN PHOTOGRAPHIC          3709 E. HARVARD ST., PHOENIX, AZ 85008-2228, 602.220.9192          SSN # 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**

www.CooganPhoto.com    &    www.DanCoogan.com

# EXHIBIT 5



editorial photography, corporate photography, stock photography and stock photography research, digital photography, miami beach

miami 305.865.5457

Thursday, March 02, 2006

Lecture History
SETH RESNICK LECTURE HISTORY 1995-PRESENT

## LECTURE SERIES

ASMP New England 1995

ASPP New England
An evening with Seth Resnick, photographer and super-entrepreneur at marketing & transmitting photos via the Internet
October 26, 1995

## ASMP Biennial '96 Program

The 1996 ASMP Biennial Conference Program and Speakers:
Speakers: Pete Turner. Jodi Cobb. Lou Jones. Matt Herron.
James Cook. Seth Resnick.

ASMP - Long Island, New York

CGN 01473

"How to Make the Internet Work for You" A seminar presented by Boston ASMP photographer Seth Resnick January 27, 1996

ASMP Midwest
Reinventing the Photographer March 30 & 31 1996

Seybold- New York
Is Your Photo Future on Line: Speaker Seth Resnick

Houston ASMP , Dallas ASMP
Business Seminar and Internet Workshop
September 19, & 20 1997

ASMP Tennessee
December 5 &6 1997

Professional Photographers of America Digital Imaging Conference
Las Vegas - January 9-11 1998

Palm Beach Photographic Workshop
Jan 27-31 1998, July 1998, Oct 1998

Commercial & Industrial Photographers of New England
April 24, 1998, Sturbridge, Ma

New Hampshire Press Photographers Association
Annual Meeting April 26, 1998,

ASMP MidAmerica- Kansas City
May 18, 1998,

National Press Photographers Association National Convention
Burlington, Vermont , June 20, 1998,

CGN 01474

Professional Photographers of America National Convention
New Orleans- August 5, 1998

ASMP SouthEast
Atlanta - August 28, 29, 1998,

ASMP New England
Boston - September 15, 1998,

ASMP Ohio Valley
Indianapolis - September 18, 19, 1998,

New Hampshire Creative Club
Manchester, N.H. - September 23, 1998

Syracuse University
Newhouse School of Public Communications, Syracuse, N.Y,
October 27, 1998

Philadelphia ASMP
Community College Philadelphia , November 13 & 14 1998

PPA Rhode Island Convention
Crowne Royal Plaza, Warwick, R.I. Sunday January 17, 1999
3:15-5:45

New England School of Photography (NESOP)
Friday January 22, 1999, 9:30AM

ASMP Connecticut
Tuesday January 26, 1999, Ramada Plaza Hotel Meriden, Ct.

ASMP Washington, D.C.
February 6, 1999

CGN 01475

ASMP Northern California , San Francisco.
October 5,1999

ASMP OHIO Cleveland, Cleveland Ohio.
October15, 16 1999

ASMP Chicago , Chicago.
October 22, 23 1999

PhotoPlus Expo East New York , New York.
October 28, 29, 30 1999

ASMP South Carolina
Beaufort, S.C
November 12 & 13, 1999

ASMP Minneapolis , Minneapolis .
November 20, 1999

RIT and Western NY ASMP  Rochester.
December 1 & 2, 1999

Editorial Photographers (EP) Boston ASMP.
January 18, 2000

ASMP Arizona; Phoenix.
February 11 & 12, 2000

ASMP San Diego.
March 3, 2000

ASMP, APA, EP, PPA Los Angeles.
March 4, 2000

ASMP Utah Mountains Salt Lake City.

CGN 01477

New England School of Photography (NESOP)
February 15, 1999, 9:00AM

ASMP Central Florida Orlando
February 26th & 27th, 1999, 9:00AM

Vermont Photographers Association
March 14, 1999, Ascutney Mountain Resort, Brownsville, VT.

Virginia PPA Convention
March 16, 1999

ASMP Baltimore
March 20, 1999

ASMP Michigan
March 26,& 27th 1999

ASMP New York
April 7, 1999

ASMP PhotoPro, Washington, D.C.
May 25, 1999

PhotoPlus West 99 Los Angeles, CA.
June 17, June 18 1999

NPPA National Convention Denver, .
July 3,1999

ASMP Western Retreat Colorado, .
August 27 ,1999

Western Kentucky University , Kentucky .
September 23,1999

CGN 01476

March 10 and 11, 2000

ASMP Seattle.
March 17 , 2000

ASMP Portland.
March 18 , 2000

ASMP Albuquerque, NM.
March 24 , 2000

ASMP Central Virginia.
April, 8 , 2000

ASMP Dallas.
May 5, 2000

ASMP Houston.
May 6, 2000

Contact Toronto's Annual Photography Festival.
May 17, 2000

ASMP New Orleans.
May 20, 2000

ASMP New Jersey.
June 3, 2000

PhotoWest
June 15-June 17, 2000

Sante Fe Workshops, NM.
June 25-July1 , 2000

CGN 01478

Brand Era Online Lecture .
July 20, 2000

PPA USA Imaging Convention, Las Vegas, NV.
July 29, 2000

ASMP Southern Florida, Ft Lauderdale Hilton .

September 9, 2000

ASMP Michigan, University of Michigan, Ann Arbor, MI .
October 28, 2000

New England School of Photography
October 30, 2000

PhotoEast Plus, New York
November 2-5, 2000

PPA Western Convention, Pasadena CA.

January 24, 2001

ASMP Kansas City
February 23 & 24th

Copyright Law in the New Millennium
New York, New York
Fashion Institute of Technology
March 22, 2001

Triangle Photographer Association
Pittsburgh, PA
March 25, 2001

CGN 01479

ASMP ST. Louis
May 12, 2001

Contact- Toronto's Annual Festival of Photography
Toronto, Canada
May 16, 2001

PhotoPlus West
June 13-17
Los Angeles, CA

The Illustration Conference
June 24-27
Santa Fe, New Mexico

Santa Fe Photographic Workshops
July 15-July 21, 2001
Santa Fe, New Mexico

Is Copyright an Ancient Practice?
August 4, 2001
Chicago

Colorado ASMP
August 11 & 12th, 2001
Denver

PhotoPlus Expo New York
October 31- Nov 1,2001 New York

PMA
February 24- 27, 2002 Orlando, Florida

Professional Photographers of Ohio Taking Digital to the Field

CGN 01480

March 10, 2002 Columbus, Ohio

Boston Graphic Artists Guild
March 13, 2002 Boston

Milwaukee APA - Negotiating
March 16, 2002 Milwaukee

Williston Northhampton School -
April 30, 2002 Easthampton, Ma

Popular Photography SICILY
May 18-26, 2002 Sicily, Italy

University of Alaska
June 5-9, 2002 Anchorage, Alaska

Santa Fe Workshops
July 14 -20, 2002 Santa Fe, New Mexico

Apple Store NYC Made on a Mac
August 14, 2002 New York, NY

Professional Photographers of Canada
August 17, 2002 Toronto, Canada

OutReach EP
September 24, 2002 Boston

Professional Photographers of New England
September 29, 2002 Sturbridge, MA

Japan Professional Photographers
October 23, 2002 Tokyo, Japan

CGN 01481

PhotoPlus
October 31- November 2, 2002 New York, New York

New England School of Photography
November 4, 2002 Boston

Apple Made on a Mac
November 9, 2002 Cambridge, Ma

CIPNE Taking Digital to the Field
November 11, 2002 Sturbridge, MA

ASMP Atlanta Taking Digital to the Field
November 14, 2002 Atlanta

D-65 Digital Workshop
November 7-14, 2002 Key West and The Everglades, Florida

PEI Digital Conference
January 25, 2003 Atlanta

ASMP Phoenix Taking Digital to the Field
February 5, 2003 Phoenix

D-65 Digital Workshop with Seth Resnick & Jay Maisel
February 7-10 2003, Sedona, Az

The Road to Corporate Photography- Parsons School of Design
New York City March 10, 2003

Paca Digital Conference
April 4, 2003, Montauk Yacht Club, Long Island, NY

Syracuse University
April 9 & 10 2003, Syracuse, New York

CGN 01482

D-65 Digital Workshop
May 3-10 2003, New York, New York

Santa Fe Workshops
June 22-28 2003, Santa Fe, New Mexico

The Light Factory - Taking Digital to the Field
July 26,2003 Charlotte, North Carolina

D-65 Digital Workshop
September 13-20 2003, New York, New York

Boston Graphic Artists Guild
September 24 2003, Boston

D-65 Digital Workshop
October 18-25 2003, Los Angeles, CA

PhotoPlus
October 30- Nov 1 2003, New York, New York

APA South Florida- APA Atlanta Taking Digital to the Field
November 7 2003, Miami, Fl

D-65 Digital Workshop
November 8-15 2003, Miami, Florida

## COPYRIGHT NOTICE

All photographs, text and html coding appearing in the Seth Resnick Photography site are the exclusive intellectual property of Seth Resnick and are protected under United States and international copyright laws.

The intellectual property MAY NOT BE DOWNLOADED except by normal viewing process of the browser. The intellectual property may not be copied to another computer, transmitted , published, reproduced, stored, manipulated, projected, or altered in any way, including without limitation any digitization or synthesizing of the images, alone or with any other material, by use of computer or other electronic means or any other method or means now or hereafter known, without the written permission of Seth Resnick and payment of a fee or arrangement thereof.

CGN 01483

No images are within Public Domain. Use of any image as the basis for another photographic concept or illustration is a violation of copyright.

Seth Resnick Photography vigorously protects copyright interests. In the event that an infringement is discovered you will be notified and invoiced at the minimum10x the STANDARD FEE for unauthorized usage and/or prosecuted for Copyright Infringement in U S Federal Court where you will be subject to a fine of US$150,000 statutory damages as well as all court costs and attorneys' fees. By entering this site you are agreeing to be bound by the terms of this agreement. Entrance to site is expressly on these conditions which embodies all of the understandings and obligations between the parties hereto. ALL ENTRIES ARE LOGGED. To secure reproduction rights to any images by E-Mail send to  sethres@sethresnick.com   or call Seth Resnick Photography (305) 373-4459

## Sitemap

**Last updated: Mon Jan 31 2005 12:23:22**
**Site has changed since last visit!**

CGN 01484