**FENNEMORE CRAIG, P.C.**
Jordan Green (No. 001860)
Lawrence Palles (No. 020263)
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Email: jgreen@fclaw.com

Attorneys for Defendants
Avnet, Inc., Roy Vallee,
and Allen Maag

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DAN COOGAN, doing business as Coogan Photographic,<br><br>Plaintiff,<br><br>v.<br><br>AVNET, INC., a foreign corporation, Roy Vallee and Jane Doe Vallee, husband and wife; and ALLEN MAAG and JANE DOE MAAG, husband and wife,<br><br>Defendants. | No. CV2004-0621 PHX SRB<br><br>**DEFENDANTS' EXHIBITS IN SUPPORT OF MOTIONS** |

DATED this 10th day of April, 2006.

FENNEMORE CRAIG, P.C.

By s/ Jordan Green
Jordan Green
Lawrence Palles
Attorneys for Defendants
Avnet, Inc., Roy Vallee, and
Allen Maag

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on April 10, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jordan Meschkow, Esq.
Meschkow & Gresham, P.L.C.
5727 North Seventh Street
Suite 409
Phoenix, Arizona 85014-5818

s/Jordan Green