**COOGAN V. AVNET**
**CV-04-0623 PHX SRB**

**LIST OF EXHIBITS**

**FOR DEFENDANTS'**

**EXHIBITS IN SUPPORT OF MOTIONS**

A. Preliminary Expert Witness Report an Disclosure of Jeff Sedlik

B. Richard Weisgrau: Notice of Service of Updated Rule 26(A)(1) Disclosure Statement Expert Witness Reports with Attached Report

C. Richard Weisgrau: Expert Witness Report with Attached Report

D. Confidential Supplementary Expert Witness Report of Jeff Sedlik

E. Deposition Transcript of Richard Weisgrau

F. Avnet 2002 Form 10-K

G. February 27, 2006 letter to Jordan Meschkow, Esq. from Jordan Green, Esq.

H. February 28, 2006 letter to Jordan Meschkow, Esq. from Jordan Green, Esq.

I. March 1, 2006 letter to Jordan Green, Esq. from Jordan Meschkow, Esq.

J. March 3, 2006 letter to Jordan Meschkow, Esq. from Jordan Green, Esq.

K. March 4, 2006 letter to Jordan Green, Esq. from Jordan Meschkow, Esq.

L. March 14, 2006 letter to Jordan Meschkow, Esq. from Jordan Green, Esq.

M. March 24, 2006 to Jordan Green, Esq. from Jordan Meschkow, Esq.

N. Avnet 2003 Form 10-K