**FENNEMORE CRAIG, P.C.**
Jordan Green (No. 001860)
Lawrence Palles (No. 020263)
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Email: jgreen@fclaw.com

Attorneys for Defendants
Avnet, Inc., Roy Vallee,
and Allen Maag

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DAN COOGAN, doing business as Coogan Photographic,<br><br>Plaintiff,<br><br>v.<br><br>AVNET, INC., a foreign corporation, Roy Vallee and Jane Doe Vallee, husband and wife; and ALLEN MAAG and JANE DOE MAAG, husband and wife,<br><br>Defendants. | No. CV2004-0621 PHX SRB<br><br>**DEFENDANTS' EXHIBITS IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* TO EXCLUDE DEFENDANTS' EVIDENCE RELATED TO GROSS REVENUE OF AVNET, INC., DEDUCTIBLE EXPENSES FROM GROSS REVENUE, AND/OR ITS PROFIT(S) ATTRIBUTABLE TO FACTORS OTHER THAN THE COPYRIGHTED WORK** |

DATED this 12th day of June, 2006.

**FENNEMORE CRAIG, P.C.**

By s/ Jordan Green
Jordan Green
Lawrence Palles
Attorneys for Defendants
Avnet, Inc., Roy Vallee, and
Allen Maag

## CERTIFICATE OF SERVICE

☒ I hereby certify that on June 12, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jordan Meschkow, Esq.
Meschkow & Gresham, P.L.C.
5727 North Seventh Street
Suite 409
Phoenix, Arizona 85014-5818

Nancy Giles, Esq.
Giles Legal PLC
733 W. Willetta Street
Phoenix, Arizona 85007

s/Jordan Green

**COOGAN V. AVNET**
**CV-04-0623 PHX SRB**

# LIST OF EXHIBITS IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION IN *LIMINE* TO EXCLUDE DEFENDANTS' EVIDENCE RELATED TO GROSS REVENUE OF AVNET, INC., DEDUCTIBLE EXPENSES FROM GROSS REVENUE, AND/OR ITS PROFIT(S) ATTRIBUTABLE TO FACTORS OTHER THAN THE COPYRIGHTED WORK

A. Avnet's 2002 Annual Report/10-K

B. Avnet's Responses to Plaintiff's Fourth Request for Production of Documents

C. Confidential Supplementary Expert Witness Report of Jeff Sedlik

D. Deposition Transcript of Richard Weisgrau (cited portions only)

# EXHIBIT
# A

AVNET

# Annual Report 2002



Unprecedented Environment. Unprecedented Action. Unprecedented Opportunity.



# Contents


Financial Review 1

Shareholders' Letter 2

Form 10-K 9


## global reach

Today, business has no borders. Avnet's global scope ensures we can meet our customers' and suppliers' needs wherever they choose to do business.

Phoenix, Arizona-based **Avnet, Inc.**, a Fortune 500 company, is one of the world's largest distributors of semiconductors; interconnect, passive and electromechanical components; enterprise network and computer equipment; and embedded subsystems from leading manufacturers. Serving customers around the world, Avnet markets, inventories and adds value to these products and provides world-class technical and supply-chain management services.

