**MESCHKOW & GRESHAM, P.L.C.**
Jordan M. Meschkow (AZ Bar No. 007454)
Lowell W. Gresham (AZ Bar No. 009702)
5727 North Seventh Street
Suite 409
Phoenix, Arizona 85014-5818

(602) 274-6996
(602) 274-6970 (facsimile)
Attorneys for Plaintiff

**GILES LEGAL, P.L.C.**
Nancy R. Giles (AZ Bar No. 020163)
733 West Willetta Street
Phoenix, Arizona 85007

(602) 252-1788

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| DAN COOGAN, doing business as COOGAN PHOTOGRAPHIC,<br><br>Plaintiff,<br><br>v.<br><br>AVNET, INC., et al.,<br><br>Defendants. | Case No.: CV-04-0621 PHX SRB<br><br>**NOTICE OF FILING ILLUSTRATIVE EXHIBITS** |

The Court's form Joint Proposed Pretrial Order provides, in paragraph M (p. 3), the following: "Whenever a subject matter will reasonably require itemization, computation, or illustration, counsel shall prepare diagrams, photocopies or other similar exhibits as may be reasonably necessary for a clear presentation of the subject matter." Attached as Exhibits A through F4 are such exhibits to be used by or created by counsel for Plaintiff in conformity with the form Order.

By way of brief explanation:

1. There are three photographs of Roy Vallee in question. Each has a different

pose. For convenience, they are sometimes referred to as Coogan Photo or Photograph 1, 2, or 3 (conforming with Defendants number designations), or Photo or Photograph 1, 2, or 3. In Avnet's Second Supplemental Response to Plaintiff's First Set of Interrogatories to Defendant Avnet, Inc. - Interrogatory No. 4, dated March 14, 2006, the Defendant designated the photographs were by numbers (and Plaintiff has conformed to this for convenience), as follows:

A. Photo 1 - Roy Vallee looking at the camera resting on his left arm with a window behind his head.

B. Photo 2 - Roy Vallee leaning on his right arm looking at the camera with several windows behind him.

C. Photo 3 - Roy Vallee looking to his left with his hands folded in the foreground.

2. Exhibit A is Avnet's web page as it existed when carrying Photo 2 (it is the original PDF of Complaint/Amended Complaint Exhibit 4. It will be used to illustrate how Avnet, Inc. used Mr. Vallee to promote the entire entity through him, using Coogan Photos 1, 2, and 3.

3. Exhibit B is an exhibit made from one of the files Defendants' provided with their Court-ordered production on October 17, 2005, named roy4ink.jpg, and provided to Defendants misprinted and then again later, both as CGN 01103 (the latter one is filed herewith). It shows how Avnet chose this file for its first use, dated June 27, 2001, made as a scan from the July 2001 Upside Magazine article with Plaintiff's Photo 1.

4. Exhibit C is an analysis of log files produced by Avnet for some of the files it used on its website, as part of its Court-ordered production on October 17, 2005. It was disclosed thereafter in a Plaintiff Disclosure Statement, showing how the log files were columned, sorted by file path, and tallied by Plaintiff's Electronics Expert K. J. Kuchta,

President of Forensic Consulting Solutions, L.L.C., using Microsoft Excel, Bates No. CGN 07639.

5. Exhibit D contains a report and traffic graph showing traffic rates on www.avnet.com from Alexa Internet, an Amazon.com company at www.alexa.com, that continually crawls all publicly available web sites to create a series of snapshots of the Web, to use the data collected to create its features and services:

- Site Information: Traffic rankings, pictures of sites, links pointing to sites and more
- Related Links: Sites that are similar to the one a user is currently viewing[1]

The Report and the Graph will be used to illustrate approximately how many hits www.avnet.com received while Coogan Photo 2 was present on www.avnet.com.

6. Exhibit E is a graph from CIO Insight magazine, Number 63, January 2006 article *By the Book* with graph of Avnet, Inc. gross revenues, showing them plummeting from $12.8 billion in 2001 to $8.9 billion in 2002; then rising from $8.9 billion to $10.2 billion and higher, from 2002 to 2004, and then to $11.1 billion and beyond in 2005 and after; all during and after one of Plaintiff's photographs adorned the Home Page of www.avnet.com, was in two of those annual reports, which in print-form were distributed through October 2005, and was used to promote Roy Vallee and all of Avnet for two years, Bates numbered CGN 09347 to CGN 09348.

7. Exhibit F1, F2, F3, and F4 are from a PowerPoint demonstration detailing all disclosed uses, but cannot show the hundreds of thousands, or as much as 1.2 million that viewed Coogan Photo 2 as being Roy Vallee and the signature image on www.avnet.com,

[1] Complete information about Traffic Rankings, and About Alexa was obtained from http://pages.alexa.com/company/history.html and http://pages.alexa.com/company/technology.html, included in Exhibit E, but not for illustrative use.

while it was present there.

Respectfully submitted this 28th day of June, 2006.

s/Jordan M. Meschkow
Jordan M. Meschkow
MESCHKOW & GRESHAM, P.L.C.
5727 North Seventh Street
Suite 409
Phoenix, Arizona 85014

ATTORNEYS FOR PLAINTIFF

Nancy R. Giles
GILES LEGAL, P.L.C.
733 West Willetta Street
Phoenix, Arizona 85007

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jordan Green
Lawrence Palles
FENNEMORE CRAIG
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913

Attorneys for Defendants

and

Nancy R. Giles
GILES LEGAL, P.L.C.
733 West Willetta Street
Phoenix, Arizona 85007

Attorney for Plaintiff

s/Jordan M. Meschkow